# APPEAL ASSIGNMENT CARD

| Cause #: | 2014-33551 | | Court # | 295TH | Judgment Date: | 2/9/2015 |
|---|---|---|---|---|---|---|
| Volume: | | | Page: | | Image #: | 64176982 |
| File Date: | 2/27/2015 | | Attorney Bar No: | 11767700 | | |
| Due Date: | 3/9/2015 | | Assigned to FIRST Court of Appeals | | | |
| Date Findings of Facts/Mtn of Modify/Mtn New Trial filed? | | | | N/A | | |
| Request for Transcript Filed? | | NONE | | | | |
| Notice of Appeal previously filed? N | | | | | | |
| Number of Days: | 10 | | | | | |
| File Ordered: | | | | | | |
| Notes: Accelerated Appeal | | | | | | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/2/2015 4:57:09 PM
CHRISTOPHER A. PRINE
Clerk

BC    Notice of Appeal filed
BG    Notice of Appeal filed – Government
C    Appealing Final Judgment
D -    Accelerated Appeal
OA    No Clerk's Record Request filed
O – Clerk's Record Request filed (w/Notice of Appeal)

CAUSE NO. 2014-33551

| | | |
|---|---|---|
| D. SCOTT SOUTHALL | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| AN LUXURY IMPORTS, LTD. | § | |
| d/b/a BMW of DALLAS, INC, | § | |
| AN LUXURY IMPORTS GP, LLC and | § | |
| UNITED STATES WARRANTY CORP. | § | |
| | § | |
| Defendants. | § | 295th JUDICIAL DISTRICT |

## DEFENDANTS' NOTICE OF APPEAL OF INTERLOCUTORY ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants AN LUXURY IMPORTS, LTD. d/b/a BMW OF DALLAS ('BMW of Dallas'), AN LUXURY IMPORTS GP, LLC ('ANLI'), and UNITED STATES WARRANTY CORP. ('USWC,' and with BMW of Dallas and ANLI, collectively, 'Defendants') and files their Notice of Appeal of Interlocutory Order (the 'Notice of Appeal'), and in support hereof would show the Court as follows:

1. Defendants desire to appeal the Order denying Defendants' Motion to Compel Arbitration and for Stay or Dismissal of Litigation signed by the Court on February 9, 2015.

2. Defendant appeals to either the First or the Fourteenth Court of Appeals.

3. The appeal of this case is an accelerated appeal pursuant to TEX. CIV. PRAC. & REM. CODE § 51.016 because the Arbitration Agreement at issue is subject to the Federal Arbitration Act ('FAA'), 9 U.S.C. §§ 1, et seq. Section 51.016 provides that in a matter subject to the FAA, a person may take an appeal or writ of error to the court of appeals from the judgment or interlocutory order of a district court, county court at law, or county court under the same

same circumstances that an appeal from a federal district court's order or decision would be permitted by 9 U.S.C. § 16.

Respectfully submitted,

JOHNSON DeLUCA KURISKY & GOULD
A Professional Corporation

By: _____
GEORGE A. KURISKY, JR.
Texas Bar No. 11767700
gkurisky@jdkglaw.com
DANIEL J. KASPRZAK
Texas Bar No. 11105300
dkasprzak@jdkglaw.com
MARK A. BANKSTON
Texas Bar No. 24001430
mbankston@jdkglaw.com
4 Houston Center
1221 Lamar, Suite 1000
Houston, Texas 77010
(713) 652-2525 – Telephone
(713) 652-5130 – Facsimile

**ATTORNEYS FOR DEFENDANTS AN
LUXURY IMPORTS, LTD. d/b/a BMW of
DALLAS and AN LUXURY IMPORTS GP, LLC**

## CERTIFICATE OF SERVICE

I, Mark A. Bankston, certify that this document has been served on all parties in compliance with Texas Rule of Civil Procedure 21a on February 22 2015, as follows:

*Via Fascimile 281-858-0014:*
Mr. Victor S. Elgohary
6406 Arcadia Bend Ct.
Houston, Texas 77041-6222
*Attorney for Plaintiff D. Scott Southall*

_____
George A. Kurisky, Jr.

CASE NUM: 201433551__ PJN> __   TRANS NUM: _____  CURRENT COURT: 295 PUB? _
CASE TYPE: CONTRACT                    CASE STATUS: ACTIVE
STYLE: SOUTHALL, D SCOTT               VS AN LUXURY IMPORTS LTD (D/B/A BMW
===============================================================================
                    **** ACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR      PERSON NAME              PTY    ASSOC. ATTY
   NUM   NUMBER                                         STAT
_     00007-0001 AGT         UNITED STATES WARRANTY CORP (A
_     00006-0001 AGT         AN LUXURY IMPORTS GP LLC BY SE
_     00005-0001 AGT         AN LUXURY IMPORTS LTD BY SERVI
_     00004-0001 DEF 11767700 UNITED STATES WARRANTY CORP      KURISKY, GEOR
_     00003-0001 DEF         AN LUXURY IMPORTS GP LLC
_     00002-0001 DEF         AN LUXURY IMPORTS LTD (D/B/A B
_     00001-0001 PLT 24067587 SOUTHALL, D SCOTT                ELGOHARY, VIC


==> (7) CONNECTION(S) FOUND
1=INACTIVE     2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.    7=BACKWARD     8=FORWARD      9=PTY. ADDR.  10=REFRESH    11=HELP

CASE NUM: 201433551__ PJN> __   TRANS NUM: _____  CURRENT COURT: 295 PUB? _
CASE TYPE: CONTRACT                    CASE STATUS: ACTIVE
STYLE: SOUTHALL, D SCOTT               VS AN LUXURY IMPORTS LTD (D/B/A BMW
===============================================================================
                    **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR      PERSON NAME              PTY    ASSOC. ATTY
   NUM   NUMBER                                         STAT


==> (0) CONNECTION(S) FOUND
1=ACTIVE       2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.    7=BACKWARD     8=FORWARD      9=PTY. ADDR.  10=REFRESH    11=HELP